# EXHIBIT C

**From:** Britton, Chantelle (HRSA) CBritton@hrsa.gov
**Sent:** Friday, August 16, 2024 2:04 PM
**To:** Derek L Asay asay_derek_l@lilly.com
**Cc:** Josh Tomas O'Harra oharra_josh_t@lilly.com; Herzog, Michelle (HRSA) MHerzog@hrsa.gov
**Subject:** [EXTERNAL] RE: Lilly follow-up subgrantee letter

**This Message Is From an External Sender**

This message came from outside your organization. Look at the sender's address to decide if it is safe to open.

Hi Derek – thanks for sharing your continued concerns on this matter. We are looking into this and will reach back out if we have more to share.

Thank you,

Chantelle

**From:** Derek L Asay <asay_derek_l@lilly.com>
**Sent:** Friday, August 16, 2024 1:55 PM
**To:** Britton, Chantelle (HRSA) <CBritton@hrsa.gov>
**Cc:** Josh Tomas O'Harra <oharra_josh_t@lilly.com>
**Subject:** [EXTERNAL] Lilly follow-up subgrantee letter

Dear Acting Director Britton,

Attached is a follow-up letter regarding the certification of so-called "subgrantees" in the 340B program. As always, we would be happy to find a time to meet with your office to discuss further if helpful.

Best regards,

Derek

Derek L. Asay
Senior Vice President, Government Strategy and Federal Accounts
Lilly Value and Access
**Lilly USA, LLC**
Mobile: 908-268-8720
Email: derek.asay@lilly.com | Web: http://www.lilly.com

CONFIDENTIALITY NOTICE: This email message from Eli Lilly and Company (including all attachments) is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure, copying, or distribution is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

**From:** Derek L Asay
**Sent:** Wednesday, March 20, 2024 3:47 PM
**To:** Britton, Chantelle (HRSA) <CBritton@hrsa.gov>
**Subject:** Lilly subgrantee letter

Dear Acting Director Britton,

Attached is a letter regarding the certification of so-called "subgrantees" in the 340B program. As always, we would be happy to find a time to meet with your office to discuss further if helpful.

Best regards,

Derek

Derek L. Asay
Senior Vice President, Government Strategy and Federal Accounts
Lilly Value and Access
**Lilly USA, LLC**
Mobile: 908-268-8720
Email: derek.asay@lilly.com | Web: http://www.lilly.com

CONFIDENTIALITY NOTICE: This email message from Eli Lilly and Company (including all attachments) is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure, copying, or distribution is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and are confident the content is safe.