CO-386
10/2018

# United States District Court
# For the District of Columbia

AMGEN INC.; ELI LILLY AND COMPANY; UCB, INC.

    Plaintiff

vs

XAVIER BECERRA, SECRETARY OF THE U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al.

    Defendant

Civil Action No. 1:24-cv-3571

**CERTIFICATE RULE LCvR 26.1**

I, the undersigned, counsel of record for __Eli Lilly and Company__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Eli Lilly and Company__ which have any outstanding securities in the hands of the public:

Eli Lilly and Company has no parent corporation.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

/s/ Jeffrey L. Handwerker
_____
Signature

451913
_____
BAR IDENTIFICATION NO.

Jeffrey L. Handwerker
Print Name

601 Massachusetts Ave, NW
Address

Washington, DC     20001-3743
City     State     Zip Code

202-942-6103
Phone Number