CO-386
10/2018

# United States District Court
# For the District of Columbia

AMGEN INC.; ELI LILLY AND COMPANY; UCB, INC.

         Plaintiff

vs

XAVIER BECERRA, SECRETARY OF THE U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al.

         Defendant

Civil Action No. 1:24-cv-3571

**CERTIFICATE RULE LCvR 26.1**

I, the undersigned, counsel of record for  UCB, Inc.  certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of  UCB, Inc.  which have any outstanding securities in the hands of the public:

UCB S.A. (traded in Belgium)

These representations are made in order that judges of this court may determine the need for recusal.

         Attorney of Record

         /s/ Jeffrey L. Handwerker
         Signature

451913
BAR IDENTIFICATION NO.

         Jeffrey L. Handwerker
         Print Name

         601 Massachusetts Ave, NW
         Address

         Washington, DC      20001-3743
         City    State    Zip Code

         202-942-6103
         Phone Number