AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| Amgen Inc., et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:24-cv-03571 |
| Xavier Becerra, et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

(1) Plaintiff Eli Lilly and Company; (2) Plaintiff UCB, Inc.

Date: 12/20/2024

/s/ Allon Kedem
*Attorney's signature*

Allon Kedem (D.C. Bar No. 1009039)
*Printed name and bar number*

Arnold & Porter Kaye Scholer LLP
601 Massachusetts Ave, NW
Washington, DC 20001
*Address*

allon.kedem@arnoldporter.com
*E-mail address*

(202) 942-5000
*Telephone number*

(202) 942-5999
*FAX number*