# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

AMGEN INC.,
    One Amgen Center Drive
    Thousand Oaks, CA 91320,

and

ELI LILLY AND COMPANY,
    Lilly Corporate Center
    Indianapolis, IN 46285,

and

UCB, INC.,
    1950 Lake Park Drive
    Smyrna, GA 30080,

        *Plaintiffs*,

    v.

XAVIER BECERRA, in his official capacity, and
U.S. DEPARTMENT OF HEALTH AND HUMAN
SERVICES,
    200 Independence Avenue, S.W.
    Washington, DC 20201,

and

CAROLE JOHNSON, in her official capacity, and
HEALTH RESOURCES AND SERVICES
ADMINISTRATION,
    5600 Fishers Lane
    Rockville, MD 20857,

        *Defendants*.

Civil Action No. 1:24-cv-3571

## NOTICE OF ENTRY OF APPEARANCE OF SUSAN M. COOK

Notice is hereby given of the entry of appearance of Susan M. Cook of Hogan Lovells US LLP, 555 Thirteenth Street, NW, Washington, D.C. 20004, on behalf of Plaintiff Amgen Inc.

Respectfully submitted,

*/s/ Susan M. Cook*
Susan M. Cook (D.C. Bar No. 462978)
HOGAN LOVELLS US LLP
555 Thirteenth Street, NW
Washington, D.C. 20004
Telephone: (202) 637-5600
Facsimile: (202) 637-5910
susan.cook@hoganlovells.com

*Attorney for Plaintiff Amgen Inc.*

Dated:  December 20, 2024