# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

AMGEN INC.,
    One Amgen Center Drive
    Thousand Oaks, CA 91320,

and

ELI LILLY AND COMPANY,
    Lilly Corporate Center
    Indianapolis, IN 46285,

and

UCB, INC.,
    1950 Lake Park Drive
    Smyrna, GA 30080,

        *Plaintiffs*,

    v.

XAVIER BECERRA, in his official capacity, and
U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES,
    200 Independence Avenue, S.W.
    Washington, DC 20201,

and

CAROLE JOHNSON, in her official capacity, and
HEALTH RESOURCES AND SERVICES ADMINISTRATION,
    5600 Fishers Lane
    Rockville, MD 20857,

        *Defendants*.

Civil Action No. 1:24-cv-3571

**LOCAL CIVIL RULE 26.1 CORPORATE DISCLOSURE STATEMENT**

Plaintiff Amgen Inc. hereby certifies that the following are parent companies, subsidiaries, affiliates, or companies which own at least 10% of the stock of Amgen Inc. which have any outstanding securities in the hands of the public:

Amgen Inc. states that there are no parent companies, subsidiaries, affiliates, or companies which own at least 10% of the stock of Amgen Inc. which have any outstanding securities in the hands of the public.

These representations are made in order that judges of this Court may determine the need for recusal.

        Respectfully submitted,

        */s/ Susan M. Cook*
        Susan M. Cook (D.C. Bar No. 462978)
        Marlan Golden (D.C. Bar No. 1673073)
        555 Thirteenth Street, N.W.
        Washington, D.C. 20004
        Tel:  (202) 637-5600
        susan.cook@hoganlovells.com
        marlan.golden@hoganlovells.com

        *Counsel for Plaintiff Amgen Inc.*

Dated:  December 20, 2024