UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Amgen Inc., et al.

Plaintiff(s)

Case No.: 1:24-CV-03571

vs.

Xavier Becerra, in his official capacity, et al.

Defendant(s)

## AFFIDAVIT OF SERVICE

I, Ambiko Wallace, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Summons, Civil Cover Sheet, Notice of Right to Consent to Trial Before a United States Magistrate Judge, Notice, Consent, and Reference of a Civil Action to a Magistrate Judge, Notice of Entry of Appearance of Marlan Golden, Notice of Entry of Appearance of Susan M. Cook, Appearance of Counsel, Local Rule 26.1 Corporate Disclosure Statement, Certificate Rule LCvR 26.1 (Eli Lilly and Company), Certificate Rule LCvR 26.1 (UCB, Inc.), and Complaint for Declaratory and Injunctive Relief with Exhibits in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That on 01/17/2025 at 1:35 PM, I served Bridget M. Fitzpatrick, U.S. Attorney for the District of Columbia at 501 3rd Street, NW, Washington, DC 20001 with the Summons, Civil Cover Sheet, Notice of Right to Consent to Trial Before a United States Magistrate Judge, Notice, Consent, and Reference of a Civil Action to a Magistrate Judge, Notice of Entry of Appearance of Marlan Golden, Notice of Entry of Appearance of Susan M. Cook, Appearance of Counsel, Local Rule 26.1 Corporate Disclosure Statement, Certificate Rule LCvR 26.1 (Eli Lilly and Company), Certificate Rule LCvR 26.1 (UCB, Inc.), and Complaint for Declaratory and Injunctive Relief with Exhibits by serving Alicia Dupree, Paralegal Specialist, authorized to accept service.

Alicia Dupree is described herein as:

Gender: Female   Race/Skin: Black   Age: 32   Weight: 165   Height: 5'7"   Hair: Black   Glasses: No

I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.

1/17/25
Executed On

Ambiko Wallace

Client Ref Number: Amgen Inc.
Job #: 2015087

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050

AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| AMGEN INC.; ELI LILLY AND COMPANY; UCB, INC. <br><br> *Plaintiff(s)* <br> v. <br> XAVIER BECERRA, SECRETARY OF THE U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 1:24-cv-3571-JEB |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Civil Process Clerk of the United States Attorney's Office
555 Fourth Street NW
Washington, DC 20530

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Jeffrey L. Handwerker
Arnold & Porter Kaye Scholer LLP
601 Massachusetts Ave., NW
Washington, DC 20001-3743

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ANGELA D. CAESAR, CLERK OF COURT

Date:  12/26/2024     /s/ Ma. Ursula Masagca
*Signature of Clerk or Deputy Clerk*