UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMGEN INC. et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>DOROTHY FINK, Acting Secretary of Health and Human Services,[1] et al.,<br><br>        Defendants. | Civil Action No. 24-3571 (JEB) |

## NOTICE OF RELATED CASE

Pursuant to Local Civil Rule 40.5, Defendants, including the Department of Health and Human Services (the "Department"), respectfully file this notice to alert the Court that this matter is related to another, later-filed action, *Sagebrush Health Services v. Becerra,* Civ. A. No. 25-0127 (LLA) (D.D.C.). As required by Local Civil Rule 40.5(b)(3), a notice materially identical to this one is being filed contemporaneously in *Sagebrush*, and all parties to both actions are being served by the Electronic Case Filing system.

Plaintiffs filed this action on December 20, 2024, asserting claims under the Administrative Procedure Act ("APA") challenging the eligibility of a healthcare provider to participate in a discount purchasing program established by Section 340B of the Public Health Service Act ("340B Program"), 42 U.S.C. § 256b. Specifically, Plaintiffs' claims center on the 340B Program participation of Sagebrush Health Services and purchases allegedly made through the 340B Program from the manufacturers-plaintiffs in the instant action. *See* Compl. ¶ 6 ("This action

---

[1] The current Acting Secretary is substituted for her predecessor pursuant to Federal Rule of Civil Procedure 25(d).

challenges HRSA's decisions to certify and recertify nine Sagebrush 'subdivisions' that are ineligible for the 340B Program."). *Sagebrush* is a civil action initiated by that same 340B Program participant, Sagebrush Health Services, involving the Department's termination of certain Sagebrush entities from the 340B Program. The claims in *Sagebrush* include multiple Sagebrush Health Services entities that are the subject of Plaintiffs' claims in the instant action.

Accordingly, Defendants believe that this action and *Sagebrush* "involve common issues of fact," should be deemed related under Local Civil Rule 40.5(a)(3), and both this action and *Sagebrush* should be assigned to Chief Judge James E. Boasberg, who is presiding over this earlier-filed case. Before filing this notice, the undersigned discussed this issue with Plaintiff's counsel for Sagebrush and learned that counsel for Sagebrush disagrees that the cases are related. The undersigned also has conferred with counsel for the Plaintiffs in this action, who agree that the cases are related.

Dated:  January 24, 2025
        Washington, DC

Respectfully submitted,

EDWARD R. MARTIN, JR., D.C. Bar #481866
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division


By:       */s/Kimberly A. Stratton*
    KIMBERLY A. STRATTON,
      P.A. Bar #327725
    Assistant United States Attorney
    601 D Street, NW
    Washington, DC 20530
    (202) 417-4216
    kimberly.stratton@usdoj.gov

*Attorneys for the United States of America*