IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMGEN INC., *et al.*, | )<br>)<br>) |
| *Plaintiffs*, | )<br>) |
| v. | )<br>) |
| ROBERT F. KENNEDY JR.,<br>in his official capacity, *et al.*, | )  Civil Action No. 1:24-cv-3571<br>)<br>) |
| *Defendants*. | )<br>)<br>) |

**PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION
TO EXTEND THE ANSWER DEADLINE**

Plaintiffs Amgen Inc., Eli Lilly and Company, and UCB, Inc. provide their joint response to the Government's motion for extension of the deadline to file an Answer.

In the normal course, Plaintiffs would happily accommodate a deadline-extension request whenever feasible, as a matter of professional courtesy. In this particular case, however, Plaintiffs would like to ensure that any deadline extension keeps the case on track for resolution at roughly the same time as a later-filed case brought by Sagebrush Health Services (Sagebrush).

Plaintiffs filed their Complaint on December 20, 2024, challenging the improper certification of Sagebrush and several other ineligible Sagebrush entities under the 340B Program. Three months later, Sagebrush filed its own suit, seeking recertification under the 340B Program of many of the same entities at issue here. *See Sagebrush Health Services v. Kennedy et al.*, No. 1:25-cv-00915 (JEB) (D.D.C.). That case—which asks for relief that could intersect with the relief sought by Plaintiffs—will be fully briefed by January 20, 2026. Plaintiffs are concerned that an

1

extension of the Answer deadline will cause briefing in this case to lag far behind Sagebrush's case, even though the latter was filed three months later and seeks the opposite relief.

Plaintiffs offered to agree that the Government could dispense with the Answer entirely, or to a 30-day extension of the Answer deadline as part of a broader case schedule that would ensure timely resolution of Plaintiffs' case. In response, the Government advised that it is unable to discuss a summary judgment briefing schedule or agree to dispense with the Answer until an agency employee returns from extended leave on August 28, 2025. Plaintiffs believe the case can be fully briefed by late January or early February 2026, consistent with or shortly behind the *Sagebrush* briefing schedule, in which case Plaintiffs would not oppose an extension of the Answer deadline. Plaintiffs would be happy to discuss these issues at a scheduling conference.

Dated: August 14, 2025                                   Respectfully submitted,

                                                    */s/ Allon Kedem*
Allon Kedem (D.C. Bar No. 1009039)
Jeffrey L. Handwerker (D.C. Bar. No. 451913)
ARNOLD & PORTER
   KAYE SCHOLER LLP
601 Massachusetts Ave., NW
Washington, DC 20001-3743
Tel: (202) 942-5000
allon.kedem@arnoldporter.com
jeffrey.handwerker@arnoldporter.com

*Counsel for Plaintiffs Eli Lilly and Company and UCB, Inc.*

HOGAN LOVELLS US LLP

*/s/ Susan Cook*
Susan Cook (D.C. Bar No. 462978)
Marlan Golden (D.C. Bar No. 1673073)
555 Thirteenth Street, N.W.
Washington, D.C. 20004
Tel: (202) 637-5600
susan.cook@hoganlovells.com

3

*Counsel for Amgen Inc.*