UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMGEN INC., et. al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>ROBERT F. KENNEDY, JR., SECRETARY OF HEALTH AND HUMAN SERVICES et al.,<br><br>    Defendants. | Civil Action No. 24-3571 (JEB) |

**JOINT MOTION TO MODIFY SUMMARY JUDGMENT BREIFING SCHEDULE**

Pursuant to Federal Rule of Civil Procedure 6(b)(1), Plaintiffs Amgen Inc., Eli Lilly and Company, and UCB, Inc., and Defendants Robert F. Kennedy, Jr. and Thomas J. Engels (collectively, the "Parties"), by and through the undersigned counsel, respectfully move to modify the briefing schedule.

In support of this motion the Parties state as follows:

1. Plaintiffs bring this action under the Administrative Procedure Act, 5 U.S.C. § 706. The Court entered a briefing schedule on November 25, 2025. *See* Nov. 25, 2025, Min. Order. Pursuant to this schedule, Defendants filed a Certified Lists of the Contents of the Administrative Record on January 23, 2026, and made the administrative record available that same day. *See* (ECF No. 31). After conferring with Plaintiffs, Defendants determined that the administrative record required amendment to include additional materials.[1] Defendants

---

[1] A notice of the filing of an amended certified list of the administrative record is being filed simultaneously with this motion.

accordingly supplemented the administrative record and produced an amended index to Plaintiffs on or about February 10, 2026. In light of the amendment to the administrative record, the Parties respectfully request that the current briefing schedule be modified to allow additional time to prepare their cross-motions for summary judgment.

2.      This is the first extension of this deadline that the Parties have requested. The parties mutually propose the following modified schedule:

1) Plaintiff shall file its Motion for Summary Judgment no later than March 20, 2026;

2) Defendants and Intervenor shall each file a consolidated Opposition to Plaintiff's Motion and Cross-Motion for Summary Judgment no later than April 24, 2026;

3) Plaintiff shall file a consolidated Opposition to Defendants' Cross-Motions and Reply in support of its own Motion no later than May 15, 2026;

4) Defendants and Intervenor shall file any Replies in support of their Cross-Motions no later than June 5, 2026; and

5) The parties shall file the Joint Appendix no later than June 30, 2026.

*   *   *

Dated: February 19, 2026           Respectfully submitted,
       Washington, DC
                                   JEANINE FERRIS PIRRO
                                   United States Attorney

/s/ *Allon Kedem*
Allon Kedem (D.C. Bar No. 1009039)
Jeffrey L. Handwerker (D.C. Bar. No. 451913)   By: /s/ *Kimberly A. Stratton*
Arnold & Porter                                KIMBERLY A. STRATTON
Kaye Scholer LLP                               P.A. Bar #327725
601 Massachusetts Ave., NW                     Assistant United States Attorney
Washington, DC 20001-3743                      601 D Street, NW
Tel: (202) 942-5000                            Washington, DC 20530
allon.kedem@arnoldporter.com                   Ph: (202) 417-4216
jeffrey.handwerker@arnoldporter.com            Email: kimberly.stratton@usdoj.gov

*Counsel for Plaintiffs Eli Lilly and Company and UCB, Inc.*   *Attorneys for the United States of America*

HOGAN LOVELLS US LLP                           /s/ *Ronald S. Connelly*
                                               Ronald S. Connelly
/s/*Susan Cook*                                D.C. Bar No. 488298
Susan Cook (D.C. Bar No. 462978)               POWERS PYLES SUTTER & VERVILLE, PC
Marlan Golden (D.C. Bar No. 1673073)           1250 Connecticut Ave., NW, Eighth Floor
555 Thirteenth Street, N.W.                    Washington, DC 20036
Washington, D.C. 20004                         Tel. (202) 872-6762
Tel:  (202) 637-5600                           Fax (202) 785-1756
susan.cook@hoganlovells.com                    Ron.Connelly@PowersLaw.com

*Counsel for Amgen Inc.*

- 3 -

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMGEN INC., et. al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>ROBERT F. KENNEDY, JR., SECRETARY OF HEALTH AND HUMAN SERVICES et al.,<br><br>    Defendants. | Civil Action No. 25-0915 (JEB) |

## **[PROPOSED] ORDER**

Upon consideration of the Consent Motion to Modify the Summary Judgment Briefing Schedule, it is hereby ORDERED that the motion is GRANTED.

IT IS FURTHER ORDERED

    1) Plaintiff shall file its Motion for Summary Judgment no later than March 20, 2026;

    2) Defendants and Intervenor shall each file a consolidated Opposition to Plaintiff's Motion and Cross-Motion for Summary Judgment no later than April 24, 2026;

    3) Plaintiff shall file a consolidated Opposition to Defendants' Cross-Motions and Reply in support of its own Motion no later than May 15, 2026;

    4) Defendants and Intervenor shall file any Replies in support of their Cross-Motions no later than June 5, 2026; and

    5) The parties shall file the Joint Appendix no later than June 30, 2026.

SO ORDERED this _____ day of February \_\_\_\_\_, 2026.

_____
Honorable Chief Judge James E. Boasberg
United States District Court Judge