**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| AMGEN INC., et al., | |
| *Plaintiffs*, | |
| –v– | Case No. 1:24-cv-3571-JEB |
| ROBERT F. KENNEDY, JR., Secretary of Department of Health and Human Services, et al., | |
| *Defendants*, | |
| and | |
| COMMUNITY CARE RESOURCES OF FLORIDA | |
| *Intervenor-Defendant.* | |

**INTERVENOR-DEFENDANT'S CROSS-MOTION FOR SUMMARY JUDGMENT AND OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 56, Community Care Resource of Florida ("Intervenor-Defendant"), respectfully moves for summary judgment and opposes Plaintiff's motion for summary judgment. In support of the instant motion, Intervenor-Defendant refers the Court to the accompanying memorandum of points and authorities and the administrative record. A proposed order is also attached.

Dated: April 24, 2026                    Respectfully submitted,

                                         */s/Ronald S. Connelly*
                                         Ronald S. Connelly,
                                         D.C. Bar No. 488298
                                         POWERS PYLES SUTTER & VERVILLE, PC
                                         1250 Connecticut Ave NW, Eighth Floor
                                         Washington DC 20036

T: (202) 466-6550
Ron.Connelly@PowersLaw.com
*Counsel for Intervenor-Defendant Community Care Services of Florida*