**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**AMGEN INC., *et al.*,**

**Plaintiffs,**

**v.**

**XAVIER BECERRA, *et al.*,**

**Defendants.**

**Civil Action No. 24-3571 (JEB)**

**ORDER**

For the reasons stated in the accompanying Memorandum Opinion, the Court ORDERS that:

1. Plaintiffs' [35] Motion for Summary Judgment is GRANTED in part and DENIED in part;
2. Defendants' [36] and [38] Motions for Summary Judgment are DENIED;
3. The challenged clinics' certifications as covered entities are set aside; and
4. Plaintiffs' remaining claims are DISMISSED WITHOUT PREJUDICE.

/s/ James E. Boasberg
JAMES E. BOASBERG
Chief Judge

Date: August 14, 2026